BEFORE THE THIRD DIVISION, DECEMBER 27, 1944

**No. 49920.**—Petition 6439–R of Bill & Caldwell, Inc. (New York).

Opinion by EKWALL, J. It appeared that the additional duties accrued because of the fact that the merchandise was entered on the basis of foreign value and was appraised on the basis of cost of production. From the testimony produced the court was of the opinion that the importer was without intent to defraud the Government or deceive its officials as to the proper value of the merchandise, and that there was an honest difference of opinion between the importer and the Government appraiser. The petition was therefore granted.

DECEMBER 27, 1944

**No. 49921.**—.—Protest 98812–K of Judson Sheldon Corporation. C. D. 871. Motion of Government for rehearing denied.